UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA McPHAIL,

      Plaintiff,

vs

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

      Defendant.

Case No. 2:16-cv-12695
Honorable Bernard A. Friedman
Magistrate Stephanie Dawkins Davis

| | |
|---|---|
| Greg Liepshutz (P37573) | K. Scott Hamilton (P44095) |
| Levine Benjamin, P.C. | Dickinson Wright PLLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 100 Galleria Officentre, Suite 411 | 500 Woodward Avenue, Suite 4000 |
| Southfield, MI  48034 | Detroit, MI  48226 |
| (248) 352-5700 | (313) 223-3500 |
| gliepshutz@levinebenjamin.com | khamilton@dickinsonwright.com |

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE**

The matter having come before the Court upon the stipulation of the parties, and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that this matter be, and hereby is, dismissed with prejudice and without costs to any party.

                                                  s/ Bernard A. Friedman
                                                  U.S. DISTRICT COURT JUDGE

November 29, 2016

Stipulated and agreed by:

/s/ Greg Liepshutz
Greg Liepshutz (P37573)
Attorney for Plaintiff

/s/ K. Scott Hamilton
K. Scott Hamilton (P44095)
Attorney for Defendant

DETROIT 16344-303 1406929v1